# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeri-Susan Hanes-Kellett,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     3:12cv51

Central Carolina Bank and Trust Company, et al.,

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

                                               Signed: April 13, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court